ALEXIS BETH DJIVRE
LAW OFFICE OF ALEXIS DJIVRE
1155 NORTH CENTRAL AVENUE SUITE 201
GLENDALE, CA 91202
PHONE: 213-700-3436
FAX: 323-661-9130
Email: alexisdjivre@gmail.com

JOSEPH A DUNNE (Pro Hac Vice)
LAW OFFICES OF GERARD F. DUNNE, PC
41 UNION SQUARE WEST, SUITE 1125
NEW YORK, NY 1003
(P) 212-645-2410
(F) 212-645-2435
Email: joe.dunne@dunnelaw.net

Attorney for Defendants DUST TRAP DISTRIBUTIONS. LLC and ERIC HULLI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IQAIR NORTH AMERICA, INC., a California corporation.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DUST-TRAP DISTRIBUTIONS LLC, a New York limited liability company, d/b/a VACUUM SAVINGS, and d/b/a LIFESUPPLYUSA; and ERIC HULLI, an individual.<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-04740-CAS-JPR<br><br>**ANSWER TO FIRST AMENDED COMPLAINT** |

1

Defendants Eric Hulli and Dust-Trap Distributions LLC d/b/a/ Vacuum Savings and Life Supply USA ("Dust-Trap") (collectively, "Defendants"), by and through their attorneys, for its Answer to The First Amended Complaint filed in this action respectfully allege as follows:

## Jurisdiction and Venue

1. Admitted that this court has subject matter jurisdiction over this action.

2. Admitted that this court has supplemental jurisdiction.

3. Denied that Defendants have conducted systematic and continued business with California, however Defendants do not contest specific personal jurisdiction for the purpose of this action.

4. Admitted that Venue is appropriate.

## The Parties

5. Defendants have insufficient information to either admit or deny the allegations, and therefore deny the allegations of this paragraph.

6. Admitted.

7. Admitted as to the identity, address, and Title and role of Eric Hulli, denied that Eric Hulli has induced unlawful activity.

8. Admitted.

9. Denied.

10. Admitted.

11. Denied.

## Factual Background

12. Defendants have insufficient information to either admit or deny the allegations, and therefore deny the allegations of this paragraph.

13. Defendants have insufficient information to either admit or deny the allegations, and therefore deny the allegations of this paragraph.

14. Defendants have insufficient information to either admit or deny the allegations, and therefore deny the allegations of this paragraph.

**1**     15.     Defendants have insufficient information to either admit or deny the
**2** allegations, and therefore deny the allegations of this paragraph.

**3**     16.     Defendants have insufficient information to either admit or deny the
**4** allegations, and therefore deny the allegations of this paragraph.

**5**     17.     Defendants have insufficient information to either admit or deny the
**6** allegations, and therefore deny the allegations of this paragraph.

**7**     18.     Defendants have insufficient information to either admit or deny the
**8** allegations, and therefore deny the allegations of this paragraph.

**9**     19.     Denied. Admitted that the listing identified is the listing of Defendants.

**10**     20.     Defendants have insufficient information to either admit or deny the
**11** allegations, and therefore deny the allegations of this paragraph.

**12**     21.     Defendants have insufficient information to either admit or deny whether the
**13** photo uploaded to its product pages was a copy of the 2011 photo, and therefore deny the
**14** allegations of this paragraph.

**15**     22.     Admitted that the photo is from Defendants' product, and denied that the
**16** photo infringes any rights of another.

**17**     23.     Admitted.

**18**     24.     Defendants have insufficient information to either admit or deny the
**19** allegations, and therefore deny the allegations of this paragraph.

**20**     25.     Denied.

**21**     26.     Denied.

**22**     27.     Admitted.

**23**     28.     Defendants have insufficient information to either admit or deny whether the
**24** photo shown is an image of a genuine IQAir filter, and therefore deny the allegations of
**25** this paragraph.

**26**     29.     Admitted that Defendants ship their own replacement products, and not
**27** IQAir products and that the images show the parties respective products. Defendants deny
**28** the remaining allegation of this paragraph.

|    |     |           |
|----|-----|-----------|
| 1  | 30. | Admitted. |
| 2  | 31. | Denied.   |
| 3  | 32. | Admitted. |

## FIRST CLAIM FOR RELIEF

### Copyright Infringement

33. Defendants respond in the same manner to, and incorporate by reference each of the responses to, Paragraphs 1 through 32 above.

34. Denied.
35. Denied.
36. Denied.
37. Denied.
38. Denied.
39. Denied.

## SECOND CLAIM FOR RELIEF

### False Advertising, 15 U.S.C. § 1125(a)

40. Defendants respond in the same manner to, and incorporate by reference each of the responses to, Paragraphs 1 through 39 above.

41. Denied.
42. Denied.
43. Denied.
44. Denied.
45. Denied.
46. Denied.
47. Denied.
48. Denied.
49. Denied.
50. Denied.
51. Denied.

# THIRD CLAIM FOR RELIEF

## State False Advertising

52. Defendants respond in the same manner to, and incorporate by reference each of the responses to, Paragraphs 1 through 51 above.

53. Admitted.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

# FOURTH CLAIM FOR RELIEF

## False Designation of Origin and False Advertising

64. Defendants respond in the same manner to, and incorporate by reference each of the responses to, Paragraphs 1 through 63 above.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

# FIFTH CLAIM FOR RELIEF

## State False Designation of Origin and False Advertising

1       72.     Defendants respond in the same manner to, and incorporate by reference each of the responses to, Paragraphs 1 through 71 above.

3       73.     Admitted.

4       74.     Denied.

5       75.     Denied.

6       76.     Denied.

7       77.     Denied.

8       78.     Denied.

9       79.     Denied.

10       80.     Denied.

## SIXTH CLAIM FOR RELIEF

### State Statutory Unfair Competition

81.     Defendants respond in the same manner to, and incorporate by reference each of the responses to, Paragraphs 1 through 80 above.

82.     Admitted.

83.     Denied.

84.     Denied.

85.     Denied.

86.     Denied.

87.     Denied.

## SEVENTH CLAIM FOR RELIEF

### State Common Law Unfair Competition

88.     Defendants respond in the same manner to, and incorporate by reference each of the responses to, Paragraphs 1 through 87 above.

89.     Admitted.

90.     Denied.

91.     Denied.

92. Denied.

93. Denied.

94. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

### Failure to State a Claim

95. Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

### Preemption

96. Federal law preempts some or all of Plaintiff's claims asserted under State Law.

### Third Affirmative Defense

### Unclean Hands

97. Plaintiff' claims are barred or substantially abated by its own bad-faith, and the doctrine of unclean hands.

### Fourth Affirmative Defense

### No Damages

98. Plaintiff's claims fail in whole or in part to the extent that Plaintiff has suffered no damages.

### Fifth Affirmative Defense

### Attorney's Fees are Barred by 17 U.S.C. § 412

99. Plaintiff's prayer for attorney fee damages is barred 17 U.S.C § 412 (1).

| | |
|---|---|
| 1 | DATED: September 28, 2016 |
| 2 | |
| 3 | |
| 4 | By: /S/ Joseph Dunne |
| 5 | Joseph A. Dunne (Pro Hac Vice) Attorney For Defendants Dust Trap Distributions, LLLC And Eric Hulli |

/S/ Alexis Beth Djivre
Alexis Beth Djivre
Attorney for Defendants Dust Trap
Distributions, LLC and Eric Hulli